No. A–726. KAPLAN v. NEW JERSEY. C. A. 3d Cir. Application for stay, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–866 (77–6639). CHAPMAN v. FEDERAL NATIONAL MORTGAGE ASSN. Ct. App. Mich. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–904 (77–1538). ABRAHAMS, AKA CARR v. UNITED STATES. C. A. 1st Cir. Application for bail, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–930. CITY OF MOBILE ET AL. v. BOLDEN ET AL. C. A. 5th Cir. Application for recall and stay of mandate, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE STEWART and MR. JUSTICE REHNQUIST would grant the application.

No. 77–1373. MAINE CENTRAL RAILROAD Co. v. HALPERIN ET AL. Appeal from Sup. Jud. Ct. Me. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–1438. WALSH v. WANGELIN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied.

No. 77–6362. GREEN v. HUNTER, U. S. DISTRICT JUDGE; and

No. 77–6379. GREEN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI. Motions for leave to file petitions for writs of mandamus denied.

No. 76–808. NYQUIST, COMMISSIONER, NEW YORK STATE DEPARTMENT OF EDUCATION, ET AL. v. NORWICK ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.